# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HECTOR BRAVO, | Case No. 1:25-cv-1065 KES EPG |
| Plaintiff, | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DISMISSING CERTAIN CLAIMS, AND DIRECTING CLERK OF COURT TO UPDATE DOCKET |
| v. | |
| PATRICIO, et al., | Doc. |
| Defendants. | |

Hector Bravo asserts in his amended complaint that he suffered violations of his civil rights while incarcerated at California Correctional Institution Tehachapi ("CCI") and at Kern Valley State Prison ("KVSP"). Doc. 10. The claims as to alleged incidents at KVSP were not included in Bravo's initial complaint. *See* Doc. 1. The magistrate judge screened the amended complaint pursuant to 28 U.S.C. § 1915A(a) and found Bravo stated a cognizable claim against defendants Patricio and "John Doe," a tower officer for Building 3 at CCI, for failure to protect in violation of his Eighth Amendment rights. Doc. 12 at 5-10. The magistrate judge found Bravo failed to state a claim for a due process violation. The magistrate judge found that the added claims regarding incidents at KVSP were unrelated and should be dismissed. *Id.* at 10-12. The magistrate judge recommended that the matter proceed only on the cognizable claim against defendants Patricio and "John Doe" and that all other claims be dismissed without prejudice. *Id.* at 13.

1

On February 26, 2026, the Court served the findings and recommendations on Bravo and notified him that any objections were due within 30 days.  Doc. 12 at 13.  The Court also advised him that "failure to file objections within the specified time may result in the waiver of rights on appeal." *Id.* (citing *Wilkerson v. Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014)).  Bravo did not file objections, and the time to do so expired.

In accordance with 28 U.S.C. § 636(b)(1), this Court performed a de novo review of this case.  Having carefully reviewed the matter, the Court concludes the findings and recommendations are supported by the record and by proper analysis.  The Court **ORDERS**:

1.    The findings and recommendations issued on February 26, 2026 (Doc. 12), are **ADOPTED** in full.

2.    This action **SHALL** proceed <u>only</u> on the failure to protect claim against defendants Patricio and "John Doe," a tower officer for Building 3 at CCI.

3.    All other claims and defendants are **DISMISSED** without prejudice.

4.    The Clerk of Court is directed to update the docket.

5.    This action is referred to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:    April 21, 2026

_____
UNITED STATES DISTRICT JUDGE